1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| MARGARET MORRIS-CALDERON, | Case No. 2:16-cv-04270-JAK-RAO |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| JAMES RANDI, | **[JS-6]** |
| Defendant. | |

Pursuant to the prior orders entered, this action is dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: March 30, 2017

                                            JOHN A. KRONSTADT
                                            UNITED STATES DISTRICT JUDGE

1
JUDGMENT DISMISSING CASE WITH PREJUDICE